UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NICHOLE CARRAU,**

      **Plaintiff,**

v.                                Case No: 6:21-cv-1314-PGB-LRH

**RIPLEY ENTERTAINMENT, INC.,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Stipulation for Entry of Dismissal Without Prejudice, filed September 22, 2021. (Doc. 10). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Ripley Entertainment, Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 23, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties